**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MANUEL R. RAMIREZ,<br><br>           Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br><br>           Defendant. | Case No. 2:13-cv-00440-JCM-NJK<br><br>**ORDER**<br><br>(IFP App - Dkt. #1) |

This matter is before the court on Plaintiff Manuel R. Ramirez's Application to Proceed *In Forma Pauperis* (Dkt. #1) filed March 15, 2013. Plaintiff has requested authority, pursuant to 28 U.S.C. § 1915, to proceed *in forma pauperis,* and submitted a Complaint. This proceeding was referred to this court by Local Rule IB 1-9.

Plaintiff has submitted an incomplete Application to Proceed *In Forma Pauperis*. Plaintiff has not responded fully to question 3– namely, although he states his current source of income and the current amount, he fails to state what he expects to receive in the future. Additionally, Plaintiff has not responded fully to question 7– namely, he fails to list the amount that he contributes to the two dependent minor children whom he supports. Plaintiff states he contributes 100% support to these children, but fails to state the actual amount. As a result, the court cannot determine whether Plaintiff qualifies to proceed *in forma pauperis*, and his Application will be denied without prejudice. The Clerk of Court shall retain the Complaint.

. . . .

. . . .

. . . .

. . . .

Accordingly,

**IT IS ORDERED**:

1. Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1) is DENIED WITHOUT PREJUDICE. The Clerk of Court shall mail Plaintiff a blank application, and Plaintiff shall have until **August 21, 2013,** in which to submit the completed application or pay the $350.00 filing fee. Failure to comply with this order will result in a recommendation to the district judge for dismissal.

2. The Clerk of Court shall retain Plaintiff's Complaint.

Dated this 22nd day of July, 2013.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE