Marc V. Kalagian
Attorney at Law: 4460
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com
Attorneys for Plaintiff
MANUEL R. RAMIREZ

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MANUEL R. RAMIREZ         Plaintiff,v.CAROLYN W. COLVIN, Acting Commissioner of Social Security.         Defendant. | Case No.: 2:13-cv-00440-JCM-NJKUNOPPOSED MOTION TO EXTEND TIME TO FILE OBJECTIONS TO REPORT & RECOMENDATION(FIRST REQUEST) |

Plaintiff Manuel R. Ramirez and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 30 days from March 27, 2015 to April 26, 2015 for Plaintiff to file her Objections to Report & Recommendation. This is Plaintiff's first request for an extension.

-1-

1    This request is made at the request of Plaintiff's counsel to allow additional
2 time to fully research the issues presented. This request is made in good faith with
3 no intention to unduly delay the proceedings.  Counsel has conferred with
4 defendant's counsel who had no opposition to this motion.

6  DATE: March 27, 2015          Respectfully submitted,
7                                 ROHLFING & KALAGIAN, LLP
8                                      /s/ *Marc V. Kalagian*
9                           BY: _____
                                 Marc V. Kalagian
10                               Attorney for plaintiff Mr. Manuel R. Ramirez

12  DATE:  March 27, 2015
                                    DANIEL G. BOGDEN
13                                  United States Attorney
14                                     /s/ *Ellinor Coder*
15                          BY: _____
                                 ELLINOR CODER
16                               Special Assistant United States Attorney
                                 Attorneys for defendant Carolyn W. Colvin
17                               |*authorized by e-mail|

19  IT IS SO ORDERED:    _____
20                          UNITED STATES MAGISTRATE JUDGE
21  DATED:  March 31, 2015

-2-